AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF TEXAS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:46 am, Jan 10, 2025
JEFFREY P. COLWELL, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| versus | § | Criminal No. 4:23-cr-00249 *SEALED* Richard Knobloch |
| Richard Knobloch | § § | Colorado Case: 25-mj-00003-KAS |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Richard Knobloch**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation   ☐ Pretrial Release Violation   ☐ Supervised Release Violation   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**Counts 1-5 MONEY LAUNDERING OF WIRE FRAUD PROCEEDS**

Date: September 6, 2024

City and state: Houston, TX

*George Kelner*
Issuing officer's signature
G. Kelner, Deputy Clerk

### Return

This warrant was received on *(date)* 1/7/25, and the person was arrested on *(date)* 1/10/25, at *(city and state)* Centennial, Colorado.

Date: 1/10/25

*[signature]*
Arresting officer's signature

David Mizrahi Special Agent FBI
Printed name and title